AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RALPH HART,**
        **Plaintiff,**

      vs.                                                  Case Number:   **09-2125**

**WAL-MART STORES, INC.,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of Defendant Wal-Mart and against Plaintiff Ralph Hart.  Case is terminated.

                          ENTER this 1st day of July, 2010

                                  s/Pamela E. Robinson

                          _____
                          PAMELA E. ROBINSON, CLERK

                                      s/S. Johnson

                          _____
                            BY:  DEPUTY CLERK